```
 1  DEBRA WONG YANG
    United States Attorney
 2  THOMAS P. O'BRIEN
    Assistant United States Attorney
 3  Chief, Criminal Division
    MARK A. YOUNG (State Bar No. 179376)
 4  PETER A. HERNANDEZ (State Bar No. 178104)
    DAVID P. KOWAL (State Bar No. #188651)
 5  Assistant United States Attorneys
    Narcotics Section
 6       1400 United States Courthouse
         312 North Spring Street
 7       Los Angeles, California 90012
         Telephone: (213) 894-6527/6681/5136
 8       Facsimile: (213) 894-0142
         E-mail:    Mark.Young@usdoj.gov
 9                  Peter.Hernandez@usdoj.gov
                    David.Kowal@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR NO. 05-578(A)-JFW |
|---|---|---|
|             Plaintiff,    | ) | STATUS REPORT CONCERNING AVAILABILITY OF COUNSEL |
|        v.                 | ) | |
| RAFAEL YEPIZ, et al.,     | ) | |
|             Defendants.   | ) | |

Plaintiff, United States of America, by and through its counsel of record, Assistant United States Attorneys Mark Young, Peter Hernandez, and David Kowal, hereby respectfully submits a status report concerning counsel's availability to proceed to trial in the above-referenced matter on August 8, 2006, and comply with the motions filing cutoff dates and hearing set forth in the Court's August 26, 2005 order.

The government has spoken to counsel for 5 of the 6 new defendants charged in the First Superseding Indictment. As of



this filing, the government had not communicated with Fredricco McCurry, Esq., counsel for Mariano Meza, concerning the trial and motion dates. As soon as the government speaks with Mr. McCurry, which should be in the next day or so, the government will file a further status report regarding Mr. McCurry's status.

With respect to the counsel for the remaining defendants, all are agreeable with the August 8, 2006 trial date. Counsel for defendant James Garcia, Judith Rochlin, Esq., has no opposition to the proposed dates, but adds that she has no opposition to such dates so long as she get the remaining discovery (specifically, the audio/videotape recordings of post arrest statements made by her client) by January 31, 2006. The government anticipates that this outstanding discovery will be produced by such date. Additionally, counsel for defendant Bruno Vasquez believes the motion cut off date will be difficult to meet, but it may be possible for him to have his motions ready for filing by that date. He further adds that he is committed to the August 8, 2006 trial date. Counsel for defendants Johnny Velasquez Yribe and Erwin Deleon are agreeable to both dates, and defendant Adrian Manzo' counsel is also agreeable to the trial date. I have not been able to communicate with Mr. Treman, Esq., counsel for defendant Manzo, prior to this filing to determine his position with respect to the various motions dates.

The government has circulated a proposed stipulation regarding the trial and motions dates and excludable Speedy Trial Act findings to counsel for the six new defendants. It has informed counsel that it wants a response to the proposed

stipulation by January 26, 2006.  Accordingly, if it receives the stipulation back from counsel for the new defendants, the government will promptly file the stipulation to the trial and motion dates.

DATED: January 23, 2006                Respectfully submitted,

                                        DEBRA WONG YANG
                                        United States Attorney

                                        THOMAS P. O'BRIEN
                                        Assistant United States Attorney
                                        Chief, Criminal Division

/s/ MARK A. YOUNG

MARK A. YOUNG
PETER A. HERNANDEZ
DAVID P. KOWAL
Assistant United States Attorney
Narcotics Section

                Attorneys for Plaintiff
                United States of America

<u>CERTIFICATE OF SERVICE</u>

I DECLARE:

THAT I AM A CITIZEN OF THE UNITED STATES AND RESIDENT OR EMPLOYED IN LOS ANGELES COUNTY, CALIFORNIA; THAT MY BUSINESS ADDRESS IS THE OFFICE OF UNITED STATES ATTORNEY, UNITED STATES COURTHOUSE, 312 N. SPRING STREET, LOS ANGELES, CALIFORNIA 90012; THAT I AM OVER THE AGE OF EIGHTEEN YEARS, AND AM NOT A PARTY TO THE ABOVE-ENTITLED ACTION;

THAT I AM EMPLOYED BY THE UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA WHO IS A MEMBER OF THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AT WHOSE DIRECTION I SERVED A COPY OF:

**STATUS REPORT CONCERNING AVAILABILITY OF COUNSEL**

SERVICE WAS:

[ ] PLACED IN A CLOSED ENVELOPE FOR COLLECTION & INTEROFFICE DELIVERY ADDRESSED AS FOLLOWS

[X] PLACED IN A SEALED ENVELOPE FOR COLLECTION & MAILING VIA UNITED STATES MAIL, ADDRESSED AS FOLLOWS:

[ ] BY HAND DELIVERY ADDRESSED AS FOLLOWS: BY AUSA IN COURT

[ ] BY FACSIMILE AS FOLLOWS:

[ ] BY MESSENGER AS FOLLOWS:

[ ] BY FEDERAL EXPRESS AS FOLLOWS:

-SEE ATTACHED SERVICE LIST-

THIS CERTIFICATE IS EXECUTED ON JANUARY 23, 2006, AT LOS ANGELES, CALIFORNIA.

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

ROLAND HERNANDEZ

SERVICE LIST

Fredricco McCurry
P.O. Box 3695
Van Nuys, CA 91407

Michael J. Treman
30 N. Santa Ynez
Suite #B
Santa Barbara, CA 93101

Darlene Ricker
P. O. Box 2285
Malibu, CA 90265

Michael Meza
333 City Blvd.
Santa Ana, CA 92868

Judith Rochlin
10801 National Blvd.
Suite 609
Los Angeles, CA 90064

Peter C. Swarth
4804 Laurel Canyon Blvd.
Suite 232
North Hollywood, CA 91604

As of 01/20/06