Robert Ramsey, Jr., Esq. (SBN 58077)
LAW OFFICES OF RAMSEY & PRICE
445 South Figueroa Street, Suite 2460
Los Angeles, California 90071
Telephone: (213) 612-0020
Facsimile: (213) 612-0091

Attorney for Defendant,
RUBEN MEDINA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RAFAEL YEPIZ, et al. <br><br> Defendant. | CASE NO: CR 05-578-JFW <br><br> DEFENDANT RUBEN MEDINA'S STATEMENT RE NO ORAL ARGUMENT AT WIRETAP MOTIONS HEARING <br><br> Hearing Date: May 9, 2006 <br> Hearing Time: 8:30 a.m. |

TO THE HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE, AND

TO ALL COUNSEL OF RECORD:


No oral argument will be presented by Robert Ramsey, Jr. on behalf of defendant

Ruben Medina at the hearing of the motions to suppress wiretaps.


Dated: May 3, 2006                          Respectfully submitted,

                                            Law Offices of Ramsey & Price


                                            Robert Ramsey, Jr.
                                            Attorney for Defendant
                                            Ruben Medina

DOCKETED ON CM
MAY 5 2006
BY VC 070

**PROOF OF SERVICE**

**STATE OF CALIFORNIA** )
) ss.
**COUNTY OF LOS ANGELES** )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 445 South Figueroa Street, Suite 2640, Los Angeles, CA 90071.

    On **May 3, 2006**, I served the foregoing document(s) described as <u>DEFENDANT RUBEN MEDINA'S STATEMENT RE NO ORAL ARGUMENT AT WIRETAP MOTIONS HEARING</u> to the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Mark A. Young, Esq.
> Peter A. Hernandez, Esq.
> David P. Kowal, Esq.
> Assistant United States Attorneys
> 1400 United States Courthouse
> 312 North Spring Street
> Los Angeles, California 90012

[ X ]  BY MAIL:  I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

[ X ]  BY ELECTRONIC MAIL: I served a copy of the foregoing document *via* electronic mail to the **ATTACHED SERVICE LIST**.

[ X ]  (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **May 3, 2006**, at Los Angeles, California.

                                                                         Maria C. Corpuz

**SERVICE LIST**
**UNITED STATES v. YEPIZ, ET AL.**
Case No. CR 05-578(A)-JFW

| ATTORNEY | DEFENDANT | E-MAIL ADDRESS |
|---|---|---|
| Larry M. Bakman, Esq. | Rafael Yepiz | lbakman@socal.rr.com |
| Ronald D. Hedding, Esq. | Espiridion Aranda | heddinglaw625@aol.com |
| Ronald N. Richards, Esq. | Jesus Sandoval | ron@ronaldrichards.com |
| Nicolas J. Estrada, Esq. | Manuel Yepiz | |
| Wiston McKesson, Esq. | Carlos Abel Casillas | cathrynjcollins@yahoo.com |
| David J.P. Kaloyanides | Joel Haro | dkaloyanides@mac.com |
| Alan Fenster, Esq. | Ameer Khan | afenlaw@aol.com |
| Sherman M. Ellison, Esq. | Baldemar Hernandez | sme@pacbell.net |
| Victor Sherman, Esq. Philip Deitch, Esq. | Jesus Contreras and Ignacio Haro | philde@mindspring.com |
| Chestopher Taylor, Esq. | Ignacio Haro | sbc.taylor@verizon.net |
| Carlos L. Juarez, Esq. | Gilberto Carrasco | juarezlaw52@yahoo.com |
| Robert H. McNeill, Jr., Esq. | Ruben Ayala | rmcneill@imw.com |
| David Elden, Esq. | Jaime Bautista | elden@innocent.com |
| Darlene M. Ricker, Esq. | Erwin De Leon | dmricker@aol.com |
| Dale Rubin, Esq. | Joe Morin Rangel | rubinlaw@aol.com |
| Gregory Nicolaysen, Esq. | Ernesto Orozco Mendez | greg@afda.org |
| David S. Mclane, Esq. | Luis Garcia | daveclane_kmb@earthlink.net |
| Paul C. Horgan, Esq. | **Francisco Zambrano** | phorgan@sbcglobal.net |
| Timothy C. Lannen, Esq. | Sergio Mejia | tclannen@pacbell.net |
| James H. Barnes, Esq. | Hilda Rosa Yepiz | notguilty@yahoo.com |
| Stephen G. Frye, Esq. | Saign Charlesestein | sgf@sgfryelaw.com |
| Richard E. Nahigian, Esq. | Juan Gomez-Cedeno | rnahigian@bizctr.com |
| Curt Leftwich, Esq. | | |
| Thomas Nishi, Esq. | Juan Santos Salinas | tommy5850@aol.com |
| David R. Reed, Esq. | Luz Maria Rangel | automatictrials@yahoo.com |
| James P. Cooper, III Esq. | Erik Avina | trialanimal@sbcglobal.net |
| Marcia J. Brewer, Esq. | Agustin Rodriguez | marcia3@earthlink.net |

| | | |
|---|---|---|
| Yolanda Barrera, Esq. | Javier Covarrubias | ybarrera@sbcglobal.net |
| Michael R. Belter, Esq. | Javier Covarrubias | mbelter@sbcglobal.net |
| Lawrence A. Forbes, Esq. | Raul Robledo | l.forbes@wbflawfirm.com |
| John Yzurdiaga, Esq. | Raul Robledo | johnxyz@sbcglobal.net |
| James G. Gregory, Esq. | Gustavo Rodriguez | Jgregory@crimlaw4.com |
| Thomas W. Kielty, Esq. | Gustavo Rodriguez | tomkielty@earthlink.net |
| David Arredondo, Esq. | Alberto Sanchez | davidarredondo@hotmail.com |
| Ellen M. Barry, Esq. | Joel Ledesma | ellenbary@sbcglobal.net |
| Marcia Morrissey, Esq. | Joel Ledesma | morrisseyma@aol.com |
| Michael T. Shannon, Esq. | Jose Luis Mejia | mtshan53@aol.com |
| Peter C. Swart, Esq. | Bruno Vasquez | pswarth@comcast.net |
| W. Anthony Willoughby, Esq. | Mariano Meza | legalexpert@aol.com |
| Judith Rochlin, Esq. | James Garcia | j97345@aol.com |
| Michael Treman, Esq. | Mariano Meza | m.treman@worldnet.att.net |
| Jerome Bradford, Esq. | Johnny Velazquez Yribe | jeromebradford@yahoo.com |
| Elliot E. Standford, Esq. | Arnold Sandoval | |
| Richard Novak, Esq.<br>Ezekiel P. Perlo, Esq. | Horacio Yepiz | richard@rgnlaw.com<br>zperlo@aol.com |
| Philip Deitch, Esq. | Jesus Contreras | philde@mindspring.com |
| Michael T. Shannon, Esq. | Jose Luis Mejia | mtshan53@aol.com |