Robert Ramsey, Jr., Esq. (SBN 58077)
LAW OFFICES OF RAMSEY & PRICE
445 South Figueroa Street, Suite 2460
Los Angeles, California 90071
Telephone: (213) 612-0020
Facsimile: (213) 612-0091

Attorney for Defendant,
RUBEN MEDINA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CR 05-578-JFW |
| Plaintiff, | |
| vs. | REQUEST TO BE EXCUSED FROM SPECIFIC HEARINGS |
| RAFAEL YEPIZ, et al. | Hearing Date: May 10, 2006 |
| | Hearing Time: 8:30 a.m. |
| Defendant. | Courtroom: 890 |

TO THE HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE, AND TO ALL COUNSEL OF RECORD:

Counsel for defendant, Ruben Medina, requests that he be excused from the following hearings:

1. All Motions to Suppress Evidence commencing May 10, 2006 at 8:30 a.m.

2. All Motions to Suppress Statements set to commence May 11, 2006 at 8:30 a.m.

Defendant Ruben Medina does not object to his counsel's absence, however Mr. Medina wishes to be present at all of motion hearings.

Counsel has requested Robert McNeill, Esq., Ivie, McNeill & Wyatt, to specially appear on his behalf for Mr. Medina. Mr. McNeill had agreed to appear for the undersigned. Mr. Medina does not object to Mr. McNeill, attorney for defendant Ruben Ayala,

representing him for this limited purpose.

This request is late because counsel did not receive the court's order setting forth the time limitation for filing this request. Counsel became aware of the order after being served with co-counsels' requests.

Dated: May 4, 2006

Respectfully submitted,

Law Offices of Ramsey & Price

*[signature]*

Robert Ramsey, Jr.
Attorney for Defendant
Ruben Medina

# PROOF OF SERVICE

**STATE OF CALIFORNIA** )
) ss.
**COUNTY OF LOS ANGELES** )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 445 South Figueroa Street, Suite 2640, Los Angeles, CA 90071.

On **May 4, 2006**, I served the foregoing document(s) described as <u>REQUEST TO BE EXCUSED FROM SPECIFIC HEARINGS</u> to the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Mark A. Young, Esq.
> Peter A. Hernandez, Esq.
> David P. Kowal, Esq.
> Assistant United States Attorneys
> 1400 United States Courthouse
> 312 North Spring Street
> Los Angeles, California 90012

[ X ]   BY MAIL:   I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

[ X ]   BY ELECTRONIC MAIL: I served a copy of the foregoing document *via* electronic mail to the **ATTACHED SERVICE LIST**.

[ X ]   (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **May 4, 2006**, at Los Angeles, California.

_____
Maria C. Corpuz

- 3 -

# SERVICE LIST
# UNITED STATES v. YEPIZ, ET AL.
### Case No. CR 05-578(A)-JFW

| ATTORNEY | DEFENDANT | E-MAIL ADDRESS |
|---|---|---|
| Larry M. Bakman, Esq. | Rafael Yepiz | lbakman@socal.rr.com |
| Ronald D. Hedding, Esq. | Espiridion Aranda | heddinglaw625@aol.com |
| Ronald N. Richards, Esq. | Jesus Sandoval | ron@ronaldrichards.com |
| Nicolas J. Estrada, Esq. | Manuel Yepiz | |
| Wiston McKesson, Esq. | Carlos Abel Casillas | cathrynjcollins@yahoo.com |
| David J.P. Kaloyanides | Joel Haro | dkaloyanides@mac.com |
| Alan Fenster, Esq. | Ameer Khan | afenlaw@aol.com |
| Sherman M. Ellison, Esq. | Baldemar Hernandez | sme@pacbell.net |
| Victor Sherman, Esq.<br>Philip Deitch, Esq. | Jesus Contreras and Ignacio Haro | philde@mindspring.com |
| Chestopher Taylor, Esq. | Ignacio Haro | sbc.taylor@verizon.net |
| Carlos L. Juarez, Esq. | Gilberto Carrasco | juarezlaw52@yahoo.com |
| Robert H. McNeill, Jr., Esq. | Ruben Ayala | rmcneill@imw.com |
| David Elden, Esq. | Jaime Bautista | elden@innocent.com |
| Darlene M. Ricker, Esq. | Erwin De Leon | dmricker@aol.com |
| Dale Rubin, Esq. | Joe Morin Rangel | rubinlaw@aol.com |
| Gregory Nicolaysen, Esq. | Ernesto Orozco Mendez | greg@afda.org |
| David S. Mclane, Esq. | Luis Garcia | daveclane_kmb@earthlink.net |
| Paul C. Horgan, Esq. | **Francisco Zambrano** | phorgan@sbcglobal.net |
| Timothy C. Lannen, Esq. | Sergio Mejia | tclannen@pacbell.net |
| James H. Barnes, Esq. | Hilda Rosa Yepiz | notguilty@yahoo.com |
| Stephen G. Frye, Esq. | Saign Charlesestein | sgf@sgfryelaw.com |
| Richard E. Nahigian, Esq. | Juan Gomez-Cedeno | rnahigian@bizctr.com |
| Curt Leftwich, Esq. | | |
| Thomas Nishi, Esq. | Juan Santos Salinas | tommy5850@aol.com |
| David R. Reed, Esq. | Luz Maria Rangel | automatictrials@yahoo.com |
| James P. Cooper, III Esq. | Erik Avina | trialanimal@sbcglobal.net |
| Marcia J. Brewer, Esq. | Agustin Rodriguez | marcia3@earthlink.net |

| | | |
|---|---|---|
| Yolanda Barrera, Esq. | Javier Covarrubias | ybarrera@sbcglobal.net |
| Michael R. Belter, Esq. | Javier Covarrubias | mbelter@sbcglobal.net |
| Lawrence A. Forbes, Esq. | Raul Robledo | l.forbes@wbflawfirm.com |
| John Yzurdiaga, Esq. | Raul Robledo | johnxyz@sbcglobal.net |
| James G. Gregory, Esq. | Gustavo Rodriguez | Jgregory@crimlaw4.com |
| Thomas W. Kielty, Esq. | Gustavo Rodriguez | tomkielty@earthlink.net |
| David Arredondo, Esq. | Alberto Sanchez | davidarredondo@hotmail.com |
| Ellen M. Barry, Esq. | Joel Ledesma | ellenbary@sbcglobal.net |
| Marcia Morrissey, Esq. | Joel Ledesma | morrisseyma@aol.com |
| Michael T. Shannon, Esq. | Jose Luis Mejia | mtshan53@aol.com |
| Peter C. Swart, Esq. | Bruno Vasquez | pswarth@comcast.net |
| W. Anthony Willoughby, Esq. | Mariano Meza | legalexpert@aol.com |
| Judith Rochlin, Esq. | James Garcia | j97345@aol.com |
| Michael Treman, Esq. | Mariano Meza | m.treman@worldnet.att.net |
| Jerome Bradford, Esq. | Johnny Velazquez Yribe | jeromebradford@yahoo.com |
| Elliot E. Standford, Esq. | Arnold Sandoval | |
| Richard Novak, Esq.<br>Ezekiel P. Perlo, Esq. | Horacio Yepiz | richard@rgnlaw.com<br>zperlo@aol.com |
| Philip Deitch, Esq. | Jesus Contreras | philde@mindspring.com |
| Michael T. Shannon, Esq. | Jose Luis Mejia | mtshan53@aol.com |