FILED
CLERK, U.S. DISTRICT COURT
AUG 10 2006
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO: CR 05-578-JFW |
| Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] ORDER RE MEDICAL EXAMINATION |
| RUBEN MEDINA, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER

RE: <u>RUBEN MEDINA, REGISTER NO. 31978-112</u>

GOOD CAUSE APPEARING,

YOU ARE HEREBY ORDERED to provide Ruben Medina with a medical examination/treatment for stomach problems.

IT IS FURTHER ORDERED that a report regarding this examination/treatment is to be submitted to the court on or before August 11, 2006 at 8:30 a.m.

Dated: August 10, 2006

Honorable John F. Walter
United States District Judge

DOCKETED ON CM
AUG 11 2006

CC: USM