Scan

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.  **CR 05-578(A)-JFW**                                         Dated: November 13, 2006
==================================================================

PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None | Mark Young |
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | Not Present |

No Interpreter

==================================================================

U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

28.   Ruben Medina                          28.   Robert Ramsey
      Not Present - In Custody                    Not Present - Apptd.

**PROCEEDINGS:   STATUS CONFERENCE VACATED**

Counsel are hereby notified that the Status Conference on November 13, 2006 as to Ruben Medina is vacated.



DOCKETED ON CM
NOV 16 2006
BY _____ 172  Initials of Deputy Clerk  sr

2301