```
 1 │ GEORGE S. CARDONA
   │ Acting United States Attorney
 2 │ THOMAS P. O'BRIEN
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ MARK YOUNG (State Bar No. 179376)
 4 │ PETER A. HERNANDEZ (State Bar No. 178104)
   │ MICHAEL S. LOWE (State Bar No. 173664)
 5 │ Assistant United States Attorneys
   │ Narcotics Section
 6 │     1400 United States Courthouse
   │     312 North Spring Street
 7 │     Los Angeles, California 90012
   │     Telephone: (213) 894-6527/6681/6526
 8 │     Facsimile: (213) 894-0142
   │     E-mail:   Mark.Young@usdoj.gov
 9 │               Peter.Hernandez@usdoj.gov
   │               Michael.Lowe@usdoj.gov
10 │
   │ Attorney for Plaintiff
11 │ United States of America
```

                    UNITED STATES DISTRICT COURT

               FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 05-578(A)-JFW |
|---|---|
| Plaintiff, | ) |
|  | ) PARTIES JOINT FILING RE (1) |
|  | ) LETTER TO PROSPECTIVE JURORS, |
| v. | ) AND (2) HARDSHIP QUESTIONNAIRE |
|  | ) FOR POTENTIAL JURORS; |
| RAFAEL YEPIZ, et al. | ) [PROPOSED] ORDER |
|  | ) |
| Defendants. | ) |

     Pursuant to the Court's order, the parties hereby submit their joint proposed letter to prospective jurors and hardship questionnaire.  A copy of the proposed letter is attached hereto as Exhibit A.  A copy of the proposed questionnaire is attached hereto as Exhibit B.

     In addition, the parties have submitted to the Court's



chambers a disk containing electronic versions of these documents.

Dated: December 15, 2006

Respectfully submitted,

GEORGE S. CARDONA
Acting United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

_____
MARK YOUNG
Assistant United States Attorney
Narcotics Section

Attorneys for Plaintiff
United States of America

Dear _____:

  You have been summoned for jury duty in the case of *United States v. Javier Covarrubias, Jose Ledesma and Raul Robledo*, No. CR 05-578 JFW. The time estimate for this case is eight to twelve weeks. Trial will be held four days a week, from Tuesday through Friday. Court will begin at 8:00 a.m. and end at 2:00 p.m.

  The purpose of this letter is to determine whether you are able to serve as a juror in a trial of this length. If service as a juror in this case would be a personal or financial hardship, you must explain to the Court the reason(s) why you believe you should be excused under penalty of perjury, and provide documents or other proof in support of your request to be excused from jury service.

  Please keep in mind that jury service is not only a duty and responsibility but is also a right that our forefathers fought to secure because of its importance in the governing of a democratic society. As a society, we have given to the People the power to decide disputes between their fellow citizens in civil cases, and the power to make the ultimate determination of whether or not to deprive a fellow citizen of life, liberty or property in criminal cases. Jury service is a duty that is not to be shirked and a right that should not be lightly relinquished. For these reasons, the Court's presumption is that everyone who is called should serve, and that only upon the most compelling excuse will the Court grant a request to be excused from jury service.

  Your request to be excused from jury service will be reviewed by counsel and the Court, and you will be notified of the Court's ruling.

              Very truly yours,


EXHIBIT A

REQUEST TO BE EXCUSED FROM JURY SERVICE BASED ON HARDSHIP

I, _____, a prospective juror in the matter of *United States v. Javier Covarrubias, Jose Ledesma and Raul Robledo*, Case No. CR 05-578(A) JFW, ask to be excused from service on this jury for the reason(s) initialed below.

_____  1.  I have no reasonable available means of private or public transportation to the Court.

_____  2.  I have a physical or mental disability or impairment - not affecting my ability to serve on a jury - but that would expose me to undue risk of mental or physical harm.

_____  3.  I have a personal obligation to provide actual and necessary care for another (including sick, aged, or infirmed dependants) or a child who requires my personal care and attention, and no comparable substitute care is either available or practical without imposing an undue economic hardship.

_____  4.  Service on this jury will cause me an extreme financial hardship that will affect my ability to support myself or my dependants taking into account the following factors: the length of the trial; other financial support for my family; and the availability of my employer reimbursing me for my service.

_____  5.  My services are immediately needed for the protection of the public health and safety, and it is not feasible to make alternative arrangements to relieve me of these responsibilities without substantially reducing essential public services.

_____  6.  Other

If you are requesting to be excused from jury service based on physical or mental disability, please attach a statement from your doctor.

If you are requesting to be excused from jury service because you have pre-paid vacation plans, please explain those plans at question 15, and attach a copy of supporting documents, such as airline tickets and/or hotel reservations.

If your request to be excused from jury service is based on financial hardship because your employer will not pay you during jury service on this case, please answer questions 1 through 15 set forth on the following page.

1

EXHIBIT B

If you checked boxes 1-3 or 5-6, please provide a detailed response under question 15 below.

If you are claiming a financial hardship, please answer the following questions:

1. Occupation: _____

2. Name of employer: _____

3. Or if self-employed, for how long: _____

4. Brief description of job duties and responsibilities: _____

_____

_____

5. Number of days employer pays for jury service: _____

6. Are you paid hourly or are you salaried: _____

7. Please list the days of the week and hours of the day you normally work:

_____

8. Please provide the name and phone number of your immediate supervisor:

_____

9. Monthly Earnings: _____

10. Do you have any children under the age of 18 living with you? _____

11. If yes, please provide the age of each child: _____

12. Are there any adults over the age of 18 living with you (such as a roommate, spouse or a parent)? _____

13.  If yes, for each adult, please provide the following information

    a.  Age(s): _____

    b.  Occupation(s): _____

    c.  Name of Employer(s): _____

    d.  Monthly Earnings of Other Household Members: _____

14.  Your Monthly Rent or Mortgage Payments: _____

15.  If you identified one or more hardships other than question 4, please explain in detail the complete nature of the hardship:

_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____, 2007     _____
                                                                               Juror Signature

                                                                               _____
                                                                               Print Name

CERTIFICATE OF SERVICE

I, **SANDRA POWELL**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **PARTIES JOINT FILING RE (1) LETTER TO PROSPECTIVE JURORS, AND (2) HARDSHIP QUESTIONNAIRE FOR POTENTIAL JURORS [PROPOSED] ORDER**

**service was:**

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**SEE ATTACHMENT**

This Certificate is executed on **December 15, 2006**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

SANDRA POWELL

<u>United States v. Rafael Yepiz, et al.,</u>
CR 05-578-JFW

| | |
|---|---|
| | William R. Domnarski<br>6144 Omega Street<br>Riverside, CA 92506<br>Ph. No. 951-334-0529<br>Fas No. 951-369-7233<br><br>Michael Belter<br>600 Playhouse Alley<br>Suite 402<br>Pasadena, Cal. 91101<br>Ph. No. (626) 405-4911<br>Fax No. (626) 405-4913<br><br>(Counsels for Javier Covarrubius#10) |
| | Ellen Barry<br>316 W. 2nd Street<br>Suite 1202<br>Los Angeles, CA 90012<br>ellenbarry@sbcglobal.net<br>Ph. No. (213)621-1662<br>Fax No. (213)621-1644 fax<br><br>Marcia Morrissey<br>2115 Main St<br>Santa Monica, CA 90405<br>Ph. No. (310) 399-3259<br>Fax No. (310) 399-1173<br><br>(Counsels for Jose Ledesma #18) |
| | John Yzurdiaga<br>800 Wilshire Blvd.<br>Suite 1510<br>Los Angeles, CA 90017<br>Ph. No. (213) 622-9262<br>Fax No. (213) 622-0445<br><br>Lawrence A. Forbes<br>The Granada Building<br>670 South Lafayette Park Place<br>Los Angeles, CA 90057<br>Ph. No. (213) 388-2211<br>Fax No. (213) 388-2251<br><br>(Counsels for Raul Robledo #20) |