UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 05-578(A)-JFW**                                     Dated: January 12, 2007

Title:         UNITED STATES OF AMERICA -v- RAFAEL YEPIZ, et al.
==================================================================
**PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| **Shannon Reilly** | **None Present** | **Mark Young** |
| --- | --- | --- |
| **Courtroom Deputy** | **Court Reporter** | **Asst. U.S. Attorney** |
| | | **Not Present** |

==================================================================
**U.S.A. vs. Defendants**                             **Attorneys for Defendants**

   Not Present                                                Not Present

_____

**PROCEEDINGS (IN CHAMBERS):        ORDER RE: ELECTRONIC FILING**

   In light of the new system of electronic filing (*see* General Order No. 06-07), the Court will now require the following procedures in addition to those requirements set forth in the Court's Criminal Trial Order (READ THIS ORDER CAREFULLY.  IT CONTROLS THE CASE AND DIFFERS IN SOME RESPECTS FROM GENERAL ORDER NO. 06-07):

1)   All documents which are required to be filed in an electronic format pursuant to General Order No. 06-07 shall be filed electronically no later than 4:00 p.m. on the date due unless otherwise ordered by the Court.  Any documents filed electronically after 4:00 p.m. on the date due will be considered late and may be stricken by the Court.  Any documents which counsel attempt to file electronically which are improperly filed will not be accepted by the Court.

2)   Counsel shall deliver 2 conformed courtesy copies of all documents filed in this action (electronically or with the Clerk's office) directly to Chambers by 4:00 p.m. on the day of filing.

3)   The Court will not consider any stipulation or application to continue any hearing unless such stipulation or application is _properly_ filed with a separate proposed order at least three calendar days prior to the date of the hearing.  If the stipulation/application for continuance was not filed at least three days prior to the date of the hearing, or if the Court has not ruled on the stipulation/application, counsel and the defendant(s) shall appear on the scheduled hearing date.

IT IS SO ORDERED.

The Clerk shall serve a copy of this Minute Order on all parties to this action.