UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- SENTENCING

Case No.   **CR 05-578(A)-JFW**                                    Dated: August 20, 2007

===================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Victoria Valine | Mark Young |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

Interpreter: Esther Hermida

===================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

28)   Ruben Medina,                              28)   George L. Steele
      present in custody                               present   appointed

_____

PROCEEDINGS:   **EVIDENTIARY HEARING TO ESTABLISH PRIOR FELONY CONVICTION OF DEFENDANT RUBEN MEDINA PURSUANT TO 21 USC § 851**

**SENTENCING**

Case called, and counsel make their appearance.

The Court conducts an evidentiary hearing on Count 7 of the First Superseding Information Establishing Prior Narcotics Felony Convictions filed August 1, 2006 ("First Superseding Information"). Exhibits identified and admitted and witness called. As stated on the record, the Court finds beyond a reasonable dount that defendant Ruben Medina was convicted of the prior felony drug offense as alleged in Count 7 of the First Superseding Information.

Court imposes sentence on defendant. For the terms and conditions of the sentencing, refer to Judgment and Probation/Commitment Order.

Statement of Reasons processed.

Judgment entered, filed and distributed.

Initials of Deputy Clerk __sr__
:42 min

# LIST OF EXHIBITS AND WITNESSES

| Judge | JOHN F. WALTER |
|---|---|
| Case No./Title | CR 05-578(A)-JFW  UNITED STATES OF AMERICA -v- 28. RUBEN MEDINA |
| Dates of Trial | August 20, 2007 |
| Court Reporter(s) | Victoria Valine |
| Deputy Clerk(s) | Shannon Reilly |

| Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s) |
|---|---|
| Mark Young, AUSA | George L. Steele, Apptd. |

| Plaintiff(s) Ex. No. | Id. | Ev. | Defendant(s) Ex. No. | Id. | Ev. | EXHIBIT DESCRIPTION / WITNESS |
|---|---|---|---|---|---|---|
| | | | | | | Witness: Ms. Ava Shirley, Finger Print ID Expert with LA |
| 1 | 8/20/07 | 8/20/07 | | | | A certified copy of a felony complaint for Ruben Mares Medina in case no. LA 037002 |
| 2 | 8/20/07 | 8/20/07 | | | | A certified court record in case no. LA 037002 indicating defendant's guilty plea to possession of cocaine for sale on December 15, 2000 |
| 3 | 8/20/07 | 8/20/07 | | | | A certified copy of defendant's change of plea in case LA 037002 |
| 4 | 8/20/07 | 8/20/07 | | | | Certified Department of Justice records for defendant's conviction in case LA 037002 |
| 4a | 8/20/07 | 8/20/07 | | | | A copy of defendant's fingerprint card contained in Exhibit 4 signed and dated by Ava Shirley |
| 5 | | | | | | Not used |
| 6 | | | | | | Not used |
| 7 | 8/20/07 | 8/20/07 | | | | Fingerprint card of defendant taken by Ava Shirley on August 20, 2007 |

G-65  (10/97)          LIST OF EXHIBITS AND WITNESSES          Page __1__ of __1__

# UNITED STATES OF AMERICA v. RUBEN MEDINA

No. CR 05-578(A)-JFW

GOVERNMENT'S **SENTENCING** EXHIBIT LIST

| No. | WITNESS | EXHIBIT | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|
| 1. | Self Authenticating | A certified copy of a felony complaint for Ruben Mares Medina in case no. LA 037002. | August 20, 2007 | August 20, 2007 |
| 2. | Self Authenticating | A certified court record in case no. LA 037002 indicating defendant's guilty plea to possession of cocaine for sale on December 15, 2000. | August 20, 2007 | August 20, 2007 |
| 3. | Self Authenticating | A certified copy of defendant's change of plea in case LA 037002 | August 20, 2007 | August 20, 2007 |
| 4. | Self Authenticating | Certified Department of Justice records for defendant's conviction in case LA 037002 | August 20, 2007 | August 20, 2007 |
| 4A | Ava Shirley | A copy of defendant's fingerprint card contained in Exhibit 4 signed and dated by Ava Shirley | August 20, 2007 | August 20, 2007 |
| 7. | Ava Shirley | Fingerprint card of defendant taken by Ava Shirley on August 20, 2007 | August 20, 2007 | August 20, 2007 |

1